```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 38004
   LEROY PAYNE
   LINDA PAYNE                                 CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
  SSN XXX-XX-0657      SSN XXX-XX-8141

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/13/2004 and was confirmed 01/24/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  83.80% from remaining funds.

     The case was paid in full 08/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CALUMET UNION DRAINAGE     SECURED                10.00        1.35         10.00
CITIMORTGAGE INC           SECURED              1571.27      661.25       1571.27
CITIMORTGAGE INC           NOTICE ONLY       NOT FILED         .00           .00
CITY OF HARVEY             SECURED                90.00        7.43         90.00
CREDIT ACCEPTANCE CORP     SECURED              5614.19      803.76       5614.19
CREDIT ACCEPTANCE CORP     UNSECURED OTH      614.01           .00         514.95
FAIRBANKS CAPITAL CORP     CURRENT MORTG         .00           .00           .00
FAIRBANKS CAPITAL CORP     MORTGAGE ARRE     9000.00           .00        9000.00
AAA CHECKMATE              UNSECURED        NOT FILED          .00           .00
ALLIANCE ONE               NOTICE ONLY      NOT FILED          .00           .00
AT & T WIRELESS            UNSECURED           506.66          .00         424.60
BROTHER LOAN & FINANCE     UNSECURED           964.03          .00         807.90
BUREAU OF COLLECTION REC   NOTICE ONLY      NOT FILED          .00           .00
CAPITAL ONE SERVICES       UNSECURED        NOT FILED          .00           .00
CLERK OF THE CIRCUIT CT    UNSECURED        NOT FILED          .00           .00
COMED                      UNSECURED        NOT FILED          .00           .00
COOK COUNTY COLLECTOR      UNSECURED        NOT FILED          .00           .00
PREMIER BANCARD CHARTER    UNSECURED           626.89          .00         525.36
HOUSEHOLD VISA             UNSECURED        NOT FILED          .00           .00
KLUEVER & PLATT            NOTICE ONLY      NOT FILED          .00           .00
NICOR GAS                  UNSECURED        NOT FILED          .00           .00
PROVIDIAN                  UNSECURED        NOT FILED          .00           .00
SOUTH SUBURBAB COUNCIL     UNSECURED          4925.50          .00        4127.77
TELECHECK SERVICES         UNSECURED        NOT FILED          .00           .00
RJM AQUISITIONS FUNDING    UNSECURED OTH       79.54           .00          66.27
AT & T WIRELESS            UNSECURED           755.85          .00         633.43
LEGAL HELPERS PC           DEBTOR ATTY       1,375.00                     1,375.00
TOM VAUGHN                 TRUSTEE                                        1,705.47
DEBTOR REFUND              REFUND                                           376.06

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 38004 LEROY PAYNE & LINDA PAYNE
```

```
                          RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                   28,316.06

PRIORITY                                              .00
SECURED                                         16,285.46
    INTEREST                                     1,473.79
UNSECURED                                        7,100.28
ADMINISTRATIVE                                   1,375.00
TRUSTEE COMPENSATION                             1,705.47
DEBTOR REFUND                                      376.06
                        ---------------    ---------------
TOTALS                    28,316.06             28,316.06
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 11/20/08            _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE